CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
District of Nevada

SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8971
Facsimile: (415) 744-0134
Sathya.Oum@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUMONTRAE M. BUTLER,<br><br>     Plaintiff,<br><br>          v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 2:20-cv-0948-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

      Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion to Remand, due on April 28, 2021, by 30 days, through and including May 28, 2021.

      An extension of time is needed in order to prepare Defendant's response because the undersigned has multiple conflicts in her schedule, including five briefs due in the next two weeks, and because the

-2-

undersigned has to take leave for family reasons this month.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on April 20, 2021.

Respectfully submitted this 21st day of April 2021.

                      CHRISTOPHER CHIOU
                      Acting United States Attorney

                      */s/ Sathya Oum*
                      SATHYA OUM
                      Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

                      IT IS SO ORDERED:

                      UNITED STATES MAGISTRATE JUDGE

                      DATED: April 23, 2021