1 CHRISTOPHER CHIOU
Acting United States Attorney
2 District of Nevada
Nevada Bar No. 14853
3
4 SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
5 160 Spear Street, Suite 800
San Francisco, California 94105
6 Telephone: (510) 970-4846
Facsimile: (415) 744-0134
7 E-Mail: sathya.oum@ssa.gov

8 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUMONTRAE M. BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-00948-BNW<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 28, 2021  Respectfully submitted,

ROHLFING & KALAGIAN, LLP

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on May 21, 2021)
Attorney for Plaintiff

Dated: May 28, 2021  Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Sathya Oum*
SATHYA OUM
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

IT IS ORDERED that the parties' stipulation is GRANTED. This matter shall be remanded for further administrative action pursuant to the Social Security Act. The Clerk of Court is directed to enter judgment in favor of plaintiff.

IT IS FURTHER ORDERED that the motion to remand (ECF No. 23) is DENIED as moot.

**IT IS SO ORDERED**

**DATED:** 1:41 pm, June 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**